IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILTON PFEIFFER<br><br>Plaintiff,<br><br>v.<br><br>LAURENT ALPERT, BRIAN C. BEAZER, MICHAEL H. FURLOW, KENNETH F. KHOURY, PETER G. LEEMPUTTE, IAN J. MCCARTHY, ALLAN P. MERRILL, NORMA A. PROVENCIO, LARRY T. SOLARI, STEPHEN P. ZELNACK, Jr., and BEAZER HOMES USA, INC.<br><br>Defendants. | C.A. No. 10-1063-PD |

## ENTRY OF APPEARANCE

PLEASE enter the appearance of Jason J. Rawnsley of the law firm of Richards, Layton & Finger, P.A. to represent Defendants Laurent Alpert, Brian C. Beazer, Michael H. Furlow, Kenneth F. Khoury, Peter G. Leemputte, Ian J. McCarthy, Allan P. Merrill, Norma A. Provencio, Larry T. Solari, Stephen P. Zelnack, Jr., and Beazer Homes USA, Inc. in the above-captioned matter.

*Of Counsel*:

CRAVATH, SWAINE & MOORE LLP
Michael A. Paskin
MPaskin@cravath.com
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

Dated: February 4, 2011

RICHARDS, LAYTON & FINGER, P.A.

/s/ *Jason J. Rawnsley*
Raymond J. DiCamillo (#3188)
DiCamillo@rlf.com
Rudolf Koch (#4947)
Koch@rlf.com
Jason J. Rawnsley (#5379)
Rawnsley@rlf.com
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for Defendants*

RLF1 3798503v. 1

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2011, I caused to be filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing(s), and have sent a true and correct copy of the foregoing document by electronic mail to the following counsel of record:

>Ryan M. Ernst
>:REmst@crosslaw.com
>Cross & Simon, LLC
>913 N. Market Street, 11th Floor
>Wilmington, Delaware 19801

I further certify that on February 4, 2011, I have sent a true and correct copy of the foregoing document by electronic mail to the following:

>Eduard Korsinsky
>Gloria Kui Melwani
>Levi & Korsinsky, LLP
>30 Broad Street, 15th Floor
>New York, New York 10004

>*/s/ Jason J. Rawnsley*
>Jason J. Rawnsley (#5379)
>Rawnsley@rlf.com