IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILTON PFEIFFER<br><br>Plaintiff,<br><br>v.<br><br>LAURENT ALPERT, BRIAN C. BEAZER, MICHAEL H. FURLOW, KENNETH F. KHOURY, PETER G. LEEMPUTTE, IAN J. MCCARTHY, ALLAN P. MERRILL, NORMA A. PROVENCIO, LARRY T. SOLARI, STEPHEN P. ZELNACK, Jr., and BEAZER HOMES USA, INC.<br><br>Defendants. | C.A. No. 10-1063-PD |

## **RULE 7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Beazer Homes USA, Inc., by and through its attorneys, states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

*Of Counsel:*

CRAVATH, SWAINE & MOORE LLP
Michael A. Paskin
MPaskin@cravath.com
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

Dated: February 4, 2011

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Jason J. Rawnsley*
Raymond J. DiCamillo (#3188)
DiCamillo@rlf.com
Rudolf Koch (#4947)
Koch@rlf.com
Jason J. Rawnsley (#5379)
Rawnsley@rlf.com
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2011, I caused to be filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing(s), and have sent a true and correct copy of the foregoing document by electronic mail to the following counsel of record:

>Ryan M. Ernst
>RErnst@crosslaw.com
>Cross & Simon, LLC
>913 N. Market Street, 11th Floor
>Wilmington, Delaware 19801

I further certify that on February 4, 2011, I have sent a true and correct copy of the foregoing document by electronic mail to the following:

>Eduard Korsinsky
>Gloria Kui Melwani
>Levi & Korsinsky, LLP
>30 Broad Street, 15th Floor
>New York, New York 10004

>/s/ Jason J. Rawnsley
>Jason J. Rawnsley (#5379)
>Rawnsley@rlf.com