IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILTON PFEIFFER<br><br>                              Plaintiff,<br><br>v.<br><br>LAURENT ALPERT, BRIAN C. BEAZER, MICHAEL H. FURLOW, KENNETH F. KHOURY, PETER G. LEEMPUTTE, IAN J. MCCARTHY, ALLAN P. MERRILL, NORMA A. PROVENCIO, LARRY T. SOLARI, STEPHEN P. ZELNACK, Jr., and BEAZER HOMES USA, INC.<br><br>                              Defendants. | C.A. No. 10-1063-PD |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michael A. Paskin of Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019, (212) 474-1000, to represent Defendants in the above-captioned matter.

*Of Counsel*:

CRAVATH, SWAINE & MOORE LLP
Michael A. Paskin
MPaskin@cravath.com
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

Dated: February 8, 2011

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Jason J. Rawnsley*
Raymond J. DiCamillo (#3188)
DiCamillo@rlf.com
Rudolf Koch (#4947)
Koch@rlf.com
Jason J. Rawnsley (#5379)
Rawnsley@rlf.com
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for Defendants*

RLF1 3798522v. 1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated:_____    _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

Michael A. Paskin
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

Dated: February 7, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2011, I caused to be filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing(s), and have sent a true and correct copy of the foregoing document by electronic mail to the following counsel of record:

> Ryan M. Ernst
> RErnst@crosslaw.com
> Cross & Simon, LLC
> 913 N. Market Street, 11th Floor
> Wilmington, Delaware 19801

I further certify that on February 8, 2011, I have sent a true and correct copy of the foregoing document by electronic mail to the following:

> Eduard Korsinsky
> Gloria Kui Melwani
> Levi & Korsinsky, LLP
> 30 Broad Street, 15th Floor
> New York, New York 10004

> /s/ Jason J. Rawnsley
> Jason J. Rawnsley (#5379)
> Rawnsley@rlf.com

RLF1 3798533v. 1