**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MILTON PFEIFFER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 10-cv-1063-PD |
| | ) |
| LAURENT ALPERT, BRIAN C. BEAZER, | ) |
| MICHAEL H. FURLOW, KENNETH F. | ) |
| KHOURY, PETER G. LEEMPUTTE, | ) |
| IAN J. MCCARTHY, ALLAN P. MERRILL, | ) |
| NORMA A. PROVENCIO, LARRY T. | ) |
| SOLARI, STEPHEN P. ZELNACK, Jr., and | ) |
| BEAZER HOMES USA, INC., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] CONSENT ORDER EXTENDING DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND EXTENDING DEFENDANT'S DEADLINE FOR REPLY BRIEF**

WHEREAS, Plaintiff filed a complaint against Defendant Beazer Homes USA, Inc. ("Beazer") and the other named Defendants ("Individual Defendants") alleging claims for breach of fiduciary duty, waste of corporate assets, unjust enrichment and violations of §14(a) of the Exchange Act; and

WHEREAS, the Court entered a Scheduling Order providing that Defendants file any Answers or Motions pursuant to Rule 12 of the Federal Rules of Civil Procedure by February 4, 2011, that Plaintiff file any answering brief in opposition to such motion by March 4, 2011, and that Defendants file any reply brief by March 18, 2011; and

WHEREAS Defendants filed a motion to dismiss all claims pursuant to Rule 12 of the Federal Rules of Civil Procedure on February 4, 2011; and

WHEREAS, Plaintiff and Defendants have agreed to a slight, one week adjustment of the briefing schedule, extending Plaintiff's deadline to respond to Defendants' motion to dismiss until March 11, 2011, and Defendants' reply brief until March 25, 2011;

WHEREAS, the parties request this extension to the briefing schedule before the original time for Plaintiff's deadline has expired; and

WHEREAS, the parties agree that there is good cause to extend the deadlines and that the proposed form of Order sets forth a reasonable and necessary structure that will permit the parties to address the claims raised in the Complaint adequately, and will further permit efficient coordination amongst the numerous Defendants;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel to the parties that:

1. Plaintiff's deadline to respond to Defendants' motion to dismiss will be extended from March 4, 2011 to March 11, 2011.

2. Defendants' deadline for a reply brief will be extended from March 18, 2011 to March 25, 2011.

| | |
|---|---|
| By: _/s/ Ryan M. Ernst_____ | By:__/s/ Raymond J. DiCamillo_____ |
| Ryan M. Ernst (I.D. No. 4788) | Raymond J. DiCamillo (I.D. No. 3188) |
| 913 North Market Street, 11th Floor | One Rodney Square |
| P.O. Box 1380 | 920 North King Street |
| Wilmington, DE 19899-1380 | Wilmington, DE 19801 |
| Tel: 302-777-4200 | Tel: 302-651-7786 |
| Fax: 302-777-4224 | Fax: 302-498-7786 |
| rernst@crosslaw.com | dicamillo@rlf.com |
| *Attorneys for Plaintiff Milton Pfeiffer* | *Attorneys for Defendants* |

3

| | |
|---|---|
| *Of Counsel:* | *Of Counsel:* |
| LEVI & KORSINSKY, LLP<br>Eduard Korsinsky<br>Allen Schwartz<br>30 Broad Street, 15th Floor<br>New York, New York 10004<br>Tel: (212) 363-7500<br>Fax: (212) 363-7171 | CRAVATH, SWAINE<br>& MOORE LLP<br>Michael A. Paskin<br>825 Eighth Avenue<br>New York, New York 10019<br>Tel: 212-474-1760<br>Fax: 212-474-3700 |

DATED: March 2, 2011

SO ORDERED, this _____ day of _____ 2011

_____
The Honorable Paul S. Diamond
United States District Court Judge