MAR-02-2011 16:10 P.02
Case 1:10-cv-01063-PD Document 17 Filed 03/02/11 Page 1 of 3 PageID #: 421
Case 1:10-cv-01063-PD Document 16 Filed 03/02/11 Page 1 of 3 PageID #: 418

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILTON PFEIFFER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LAURENT ALPERT, BRIAN C. BEAZER, )<br>MICHAEL H. FURLOW, KENNETH F. )<br>KHOURY, PETER G. LEEMPUTTE, )<br>IAN J. MCCARTHY, ALLAN P. MERRILL, )<br>NORMA A. PROVENCIO, LARRY T. )<br>SOLARI, STEPHEN P. ZELNACK, Jr., and )<br>BEAZER HOMES USA, INC., )<br>)<br>Defendants. ) | Civil Action No. 10-cv-1063-PD |

**STIPULATION AND [PROPOSED] CONSENT ORDER EXTENDING DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND EXTENDING DEFENDANT'S DEADLINE FOR REPLY BRIEF**

WHEREAS, Plaintiff filed a complaint against Defendant Beazer Homes USA, Inc. ("Beazer") and the other named Defendants ("Individual Defendants") alleging claims for breach of fiduciary duty, waste of corporate assets, unjust enrichment and violations of §14(a) of the Exchange Act; and

WHEREAS, the Court entered a Scheduling Order providing that Defendants file any Answers or Motions pursuant to Rule 12 of the Federal Rules of Civil Procedure by February 4, 2011, that Plaintiff file any answering brief in opposition to such motion by March 4, 2011, and that Defendants file any reply brief by March 18, 2011; and

WHEREAS Defendants filed a motion to dismiss all claims pursuant to Rule 12 of the Federal Rules of Civil Procedure on February 4, 2011; and

MAR-02-2011 16:10 P.03
Case 1:10-cv-01063-PD Document 17 Filed 03/02/11 Page 2 of 3 PageID #: 422
Case 1:10-cv-01063-PD Document 16 Filed 03/02/11 Page 2 of 3 PageID #: 419

WHEREAS, Plaintiff and Defendants have agreed to a slight, one week adjustment of the briefing schedule, extending Plaintiff's deadline to respond to Defendants' motion to dismiss until March 11, 2011, and Defendants' reply brief until March 25, 2011;

WHEREAS, the parties request this extension to the briefing schedule before the original time for Plaintiff's deadline has expired; and

WHEREAS, the parties agree that there is good cause to extend the deadlines and that the proposed form of Order sets forth a reasonable and necessary structure that will permit the parties to address the claims raised in the Complaint adequately, and will further permit efficient coordination amongst the numerous Defendants;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel to the parties that:

1. Plaintiff's deadline to respond to Defendants' motion to dismiss will be extended from March 4, 2011 to March 11, 2011.

2. Defendants' deadline for a reply brief will be extended from March 18, 2011 to March 25, 2011.

By: /s/ Ryan M. Ernst
Ryan M. Ernst (I.D. No. 4788)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380
Tel: 302-777-4200
Fax: 302-777-4224
rernst@crosslaw.com
*Attorneys for Plaintiff Milton Pfeiffer*

By: /s/ Raymond J. DiCamillo
Raymond J. DiCamillo (I.D. No. 3188)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Tel: 302-651-7786
Fax: 302-498-7786
dicamillo@rlf.com
*Attorneys for Defendants*

MAR-02-2011 16:10 P.04
Case 1:10-cv-01063-PD Document 17 Filed 03/02/11 Page 3 of 3 PageID #: 423
Case 1:10-cv-01063-PD Document 16 Filed 03/02/11 Page 3 of 3 PageID #: 420

*Of Counsel:*

LEVI & KORSINSKY, LLP
Eduard Korsinsky
Allen Schwartz
30 Broad Street, 15th Floor
New York, New York 10004
Tel: (212) 363-7500
Fax: (212) 363-7171

*Of Counsel:*

CRAVATH, SWAINE
& MOORE LLP
Michael A. Paskin
825 Eighth Avenue
New York, New York 10019
Tel: 212-474-1760
Fax: 212-474-3700

DATED: March 2, 2011

SO ORDERED, this 2nd day of March 2011

_____
The Honorable Paul S. Diamond
United States District Court Judge