# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILTON PFEIFFER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 10-cv-1063-PD |
| | ) |
| LAURENT ALPERT, BRIAN C. BEAZER, | ) |
| MICHAEL H. FURLOW, KENNETH F. | ) |
| KHOURY, PETER G. LEEMPUTTE, | ) |
| IAN J. MCCARTHY, ALLAN P. MERRILL, | ) |
| NORMA A. PROVENCIO, LARRY T. | ) |
| SOLARI, STEPHEN P. ZELNACK, Jr., and | ) |
| BEAZER HOMES USA, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND [PROPOSED] CONSENT ORDER EXTENDING DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND EXTENDING DEFENDANT'S DEADLINE FOR REPLY BRIEF

WHEREAS, Plaintiff filed a complaint against Defendant Beazer Homes USA, Inc. ("Beazer") and the other named Defendants ("Individual Defendants") alleging claims for breach of fiduciary duty, waste of corporate assets, unjust enrichment and violations of §14(a) of the Exchange Act; and

WHEREAS, the Court entered a Scheduling Order and Consent Order providing that Defendants file any Answers or Motions pursuant to Rule 12 of the Federal Rules of Civil Procedure by February 4, 2011, that Plaintiff file any answering brief in opposition to such motion by March 11, 2011, and that Defendants file any reply brief by March 25, 2011; and

WHEREAS Defendants filed a motion to dismiss all claims pursuant to Rule 12 of the Federal Rules of Civil Procedure on February 4, 2011; and

WHEREAS, Plaintiff and Defendants have agreed to a slight, one week adjustment of the briefing schedule, extending Plaintiff's deadline to respond to Defendants' motion to dismiss until March 18, 2011, and Defendants' reply brief until April 8, 2011;

WHEREAS, the parties request this extension to the briefing schedule before the original time for Plaintiff's deadline has expired; and

WHEREAS, the parties agree that there is good cause to extend the deadlines and that the proposed form of Order sets forth a reasonable and necessary structure that will permit the parties to address the claims raised in the Complaint adequately, and will further permit efficient coordination amongst the numerous Defendants;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel to the parties that:

1. Plaintiff's deadline to respond to Defendants' motion to dismiss will be extended from March 11, 2011 to March 18, 2011.

2. Defendants' deadline for a reply brief will be extended from March 25, 2011 to April 8, 2011.

By: /s/ Ryan M. Ernst
Ryan M. Ernst (I.D. No. 4788)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380
Tel: 302-777-4200
Fax: 302-777-4224
rernst@crosslaw.com
*Attorneys for Plaintiff Milton Pfeiffer*

By: /s/ Raymond J. DiCamillo
Raymond J. DiCamillo (I.D. No. 3188)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Tel: 302-651-7786
Fax: 302-498-7786
dicamillo@rlf.com
*Attorneys for Defendants*

*Of Counsel:*

LEVI & KORSINSKY, LLP
Eduard Korsinsky
Allen Schwartz
30 Broad Street, 15th Floor
New York, New York 10004
Tel: (212) 363-7500
Fax: (212) 363-7171

*Of Counsel:*

CRAVATH, SWAINE
& MOORE LLP
Michael A. Paskin
825 Eighth Avenue
New York, New York 10019
Tel: 212-474-1760
Fax: 212-474-3700

DATED: March 10, 2011

SO ORDERED, this _____ day of _____ 2011

---

The Honorable Paul S. Diamond
United States District Court Judge