IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MILTON PFEIFFER :
:
v. : CIVIL ACTION NO. 10-1063
:
LAURENT ALPERT, et al. :

## ORDER

AND NOW, this 11th day of March, 2011, the Parties' Stipulation seeking a second extension for Plaintiff to file a Response to Defendant's Motion to Dismiss and for Defendants to Reply is **DENIED**. *(Doc. No. 18.)*

IT IS SO ORDERED.

*/s/ Paul S. Diamond*
Paul S. Diamond, J.