IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILTON PFEIFFER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LAURENT ALPERT, BRIAN C. BEAZER, ) <br> MICHAEL H. FURLOW, KENNETH F. ) <br> KHOURY, PETER G. LEEMPUTTE, ) <br> IAN J. MCCARTHY, ALLAN P. MERRILL, ) <br> NORMA A. PROVENCIO, LARRY T. ) <br> SOLARI, STEPHEN P. ZELNACK, Jr., and ) <br> BEAZER HOMES USA, INC., ) <br> ) <br> Defendants. ) | Civil Action No. 10-cv-1063-PD |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Allen Schwartz of Levi & Korsinsky, LLP, 30 Broad Street, 15th Floor, New York, NY 10004, (212) 363-7500, to represent the Plaintiff in the above-captioned matter.

*Of Counsel:*

LEVI & KORSINSKY, LLP
Eduard Korsinsky
Allen Schwartz
30 Broad Street, 15th Floor
New York, New York 10004
Tel: (212) 363-7500
Fax: (212) 363-7171

**CROSS & SIMON, LLC**

/s/ Ryan M. Ernst
Ryan M. Ernst (#4788)
913 North Market Street, 11th Floor
Wilmington, DE 19801
Tel: 302-777-4200
Fax: 302-777-4224
rernst@crosslaw.com

*Attorneys for Plaintiff*

Dated: March 23, 2011

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____          _____
                                       The Honorable Paul S. Diamond
                                       United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

                                                             _____
                                                             Allen Schwartz
                                                             Levi & Korsinsky, LLP
                                                            30 Broad Street, 15th Floor
                                                            New York, New York 10004
                                                            Tel: (212) 363-7500
                                                            Fax: (212) 363-7171

Dated: March 23, 2011