IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MILTON PFEIFFER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 10-cv-1063-PD |
| | ) | |
| LAURENT ALPERT, BRIAN C. BEAZER, | ) | |
| MICHAEL H. FURLOW, KENNETH F. | ) | |
| KHOURY, PETER G. LEEMPUTTE, | ) | |
| IAN J. MCCARTHY, ALLAN P. MERRILL, | ) | |
| NORMA A. PROVENCIO, LARRY T. | ) | |
| SOLARI, STEPHEN P. ZELNACK, Jr., and | ) | |
| BEAZER HOMES USA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## APPLICATION FOR ORAL ARGUMENT
## ON DEFENDANTS' MOTION TO DISMISS

Pursuant to Local Rule 7.1.4, counsel hereby applies for oral argument on Defendants' Motion to Dismiss (D.I. 13). Briefing on the Motion to Dismiss was completed on March 25, 2011 with Defendants' Reply Brief (D.I. 24).

*Of Counsel:*

LEVI & KORSINSKY, LLP
Eduard Korsinsky
Allen Schwartz
30 Broad Street, 15th Floor
New York, New York 10004
Tel: (212) 363-7500
Fax: (212) 363-7171

**CROSS & SIMON, LLC**

/s/ Ryan M. Ernst
Ryan M. Ernst (#4788)
913 North Market Street, 11th Floor
Wilmington, DE 19801
Tel: 302-777-4200
Fax: 302-777-4224
rernst@crosslaw.com

*Attorneys for Plaintiff*

Dated: March 29, 2011