SCHEDULING INFORMATION REPORT
(To be completed and returned to Judge Diamond's
Chambers three (3) days before the pretrial conference)

SUBMITTED BY: __Ryan M. Ernst, Esq. – Attorney for Plaintiff__

Caption: __Milton Pfeiffer v. Laurent Alpert__

Civil Action No.: __10-1063-PD__

Jury Trial __X__   Non-Jury Trial Arbitration _____   Arbitration _____

Plaintiff's Counsel: See attached.

Address: _____

Phone: _____   Fax: _____

Defendant's Counsel: See attached.

Address: _____

Phone: _____   Fax: _____

Have you complied with the duty of self-executing disclosure under Federal Rule of Civil Procedure 26(a) __No__ When? _____ If not, why? __Discovery is stayed pending a ruling on Defendants' Motion to Dismiss__

Have you filed a discovery plan pursuant to Federal Rule of Civil Procedure 26(f)? __No__ When? _____ If not, why? __Discovery is stayed pending a ruling on Defendants' Motion to Dismiss__

Discovery completed? __No__ If not, when? __Not known at this time.__

If you contend the discovery period should exceed four months after the last appearance by all defendants is filed, please state reasons:
__Plaintiff does not so contend.__

Ready for trial by: __N/A – discovery stay.__

Is a settlement conference likely to be helpful? __Yes__

If so, when: Early __Yes__ (yes/no)   After discovery _____

Do you expect to file a case-dispositive motion? __Defendants have filed a motion to dismiss.__

If so, by what date? __N/A__

Trial time estimate: __Less than one week.__

Time to present your case: __Less than one week.__

Time for entire trial: __Less than one week.__

Date: 4/12/11

_Ryan M. Ernst_
Signature of counsel preparing the form

## SCHEDULING INFORMATION REPORT ADDENDUM

*Milton Pfeiffer v. Laurent Alpert, et al.*
1:10-cv-01063-PD (D. Del.)

Plaintiff's counsel:

Cross & Simon, LLC
Ryan M. Ernst

913 North Market Street, 11th Floor
Wilmington, Delaware 19801
Phone: 302-777-4200
Fax:    302-777-4224

Levi & Korsinsky, LLP (Of Counsel)
Eduard Korinsky
Allen Schwartz

30 Broad Street, 15th Floor
New York, New York 1004
Phone: 212-363-7500
Fax:    212-363-7171

Defendants' counsel:

Richards, Layton & Finger, P.A.
Raymond DiCamillo
Rudolf Koch
Jason J. Rawnsley
920 North King Street

Wilmington, Delaware 19801
Phone: 302-651-7700
Fax:    302-651-7701

Cravath, Swaine & Moore LLP (Of Counsel)
Michael A. Paskin

Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Phone: 212-474-1000
Fax:    212-474-3700