IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILTON PFEIFFER | : |
| v. | : CIVIL ACTION NO. 10-1063 |
| LAURENT ALPERT, ET AL. | : |

## ORDER

AND NOW, on this 6th day of April, 2011, it is **ORDERED** that the application of Allen Schwartz to practice in this Court pursuant to Local Rule of Civil Procedure 83.5 is **GRANTED**.

IT IS SO ORDERED.

_____
Paul S. Diamond, J.