IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILTON PFEIFFER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 10-cv-1063-PD |
| ) | |
| LAURENT ALPERT, BRIAN C. BEAZER, ) | |
| MICHAEL H. FURLOW, KENNETH F. ) | |
| KHOURY, PETER G. LEEMPUTTE, ) | |
| IAN J. MCCARTHY, ALLAN P. MERRILL, ) | |
| NORMA A. PROVENCIO, LARRY T. ) | |
| SOLARI, STEPHEN P. ZELNACK, Jr., and ) | |
| BEAZER HOMES USA, INC., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Elizabeth Berney of Levi & Korsinsky, LLP, 30 Broad Street, 15th Floor, New York, NY 10004, (212) 363-7500, to represent the Plaintiff in the above-captioned matter.

*Of Counsel:*

LEVI & KORSINSKY, LLP
Eduard Korsinsky
Elizabeth Berney
Allen Schwartz
30 Broad Street, 15th Floor
New York, New York 10004
Tel: (212) 363-7500
Fax: (212) 363-7171

Dated: April __, 2011

**CROSS & SIMON, LLC**

/s/ *Ryan M. Ernst*
Ryan M. Ernst (#4788)
913 North Market Street, 11th Floor
Wilmington, DE 19801
Tel: 302-777-4200
Fax: 302-777-4224
rernst@crosslaw.com

*Attorneys for Plaintiff*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____   _____
                                                        The Honorable Paul S. Diamond
                                                        United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the State of New York, the State of Pennsylvania, the United States District Court, Tax Court, the United States Court of Claims, the United States Supreme Court, the United States District Court, Eastern District of Michigan, and the United Sates Court of Appeals, Seventh Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

Elizabeth Berney
Levi & Korsinsky, LLP
30 Broad Street, 15th Floor
New York, New York 10004
Tel: (212) 363-7500
Fax: (212) 363-7171

Dated: April 13, 2011