IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MILTON PFEIFFER** | : | CIVIL ACTION |
| **Plaintiff** | : | |
| vs. | : | NO. 1:10-1063 |
| **LAURENT ALPERT, et al.,** | : | |
| **Defendants.** | : | |

### ORDER

AND NOW, this 15th day of April, 2011,, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

    [ ]  -  Order staying these proceedings pending disposition of a related action.

    [ ]  -  Order staying these proceeding pending determination of arbitration proceedings.

    [ ]  -  Interlocutory appeal filed

    [ ]  -  Other: <u>Order staying these proceedings pending settlement negotiations.</u>

it is
    ORDERED that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

    FURTHER ORDERED that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                                                    BY THE COURT:

                                                    s/paul s. diamond

                                                    **PAUL S. DIAMOND , J.**