# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILTON PFEIFFER | : |
| v. | : CIVIL ACTION NO. 10-1063 |
| LAURENT ALPERT, ET AL. | : |

## ORDER

AND NOW, on this 15th day of April, 2011, as discussed during today's Chambers Conference, it is **ORDERED** as follows:

1. Defendants shall, by noon on April 21st, provide Plaintiff with a proposed Consent Decree/Term Sheet incorporating the concepts discussed at today's conference.

2. Plaintiff shall, by noon on April 21st, provide Defendants with a proposed counsel fee award.

3. Counsel shall confer with respect to their proposals and jointly report to the Court with respect to their progress reaching settlement.

4. If necessary, the Court will hold a Settlement Conference with the Parties at 10:30 a.m. on April 28, 2011. The Conference will take place in Chambers.

IT IS SO ORDERED.

_/s/ Paul S. Diamond_
Paul S. Diamond, J.