IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MILTON PFEIFFER | : | |
| v. | : | CIVIL ACTION NO. 10-1063 |
| LAURENT ALPERT, ET AL. | : | |

## ORDER

AND NOW, on this 25th day of April, 2011, it is **ORDERED** that the April 28th Settlement Conference in this matter is rescheduled from 10:30 a.m. to 9:00 a.m. The Conference shall take place in Chambers.

IT IS SO ORDERED.

*/s/ Paul S. Diamond*
Paul S. Diamond, J.