# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILTON PFEIFFER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 10-cv-1063-PD |
| ) | |
| LAURENT ALPERT, BRIAN C. BEAZER, ) | |
| MICHAEL H. FURLOW, KENNETH F. ) | |
| KHOURY, PETER G. LEEMPUTTE, ) | |
| IAN J. MCCARTHY, ALLAN P. MERRILL, ) | |
| NORMA A. PROVENCIO, LARRY T. ) | |
| SOLARI, STEPHEN P. ZELNACK, Jr., and ) | |
| BEAZER HOMES USA, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF CHANGE OF FIRM

Please take notice that Ryan M. Ernst, Esq. is changing firms from the law firm of Cross & Simon, LLC to the law firm of O'Kelly & Ernst, LLC. The law firm of Cross & Simon, LLC hereby withdraws its appearance as counsel for Plaintiff Milton Pfeiffer in the above-captioned action. Ryan M. Ernst, Esq., the law firm of O'Kelly & Ernst, LLC, Eduard Korsinsky, Esq., Elizabeth Berney, Esq., Allen Schwartz, Esq., and the law firm of Levi & Korsinsky, LLP will continue to represent Plaintiff.

Dated: June 22, 2011

**O'KELLY & ERNST, LLC**

*/s/ Ryan M. Ernst*
Ryan M. Ernst (I.D. No. 4788)
The Brandywine Building
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
(302) 295-4905
(302) 295-2873 (Facsimile)
rernst@oelegal.com
*Counsel for Plaintiff*

*Of Counsel:*

LEVI & KORSINSKY, LLP
Eduard Korsinsky
Elizabeth Berney
Allen Schwartz
30 Broad Street, 15th Floor
New York, New York 10004
Tel: (212) 363-7500
Fax: (212) 363-7171